COMMONWEALTH of Pennsylvania,
Respondent,

v.

Ferman McGEE, Petitioner.

Supreme Court of Pennsylvania.

April 13, 1999.

David Crowley, Chief Public Defender, for Ferman McGee, petitioner.

### *ORDER*

PER CURIAM:

AND NOW, this 13th day of April, 1999, the Petition for Allowance of Appeal is hereby **GRANTED,** limited to the following issue:

Whether the Double Jeopardy Clause of the United States Constitution precludes the criminal prosecution of a prisoner for possession of a weapon, where the Department of Corrections has determined that the prisoner violated prison regulations and has subjected him to disciplinary confinement for the conduct?